446 A.2d 681

Commonwealth v. Raffensberger, Jr., Appellant.

Petition for Allowance of Appeal Denied Sept. 2, 1982.

Sub-mitted January 6, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgments of sentence affirmed.

446 A.2d 682

Commonwealth v. Ritchie, Appellant.

Submitted March 21, 1980. Justin K. McCarthy, for appellant; Domenic Sbrocchi, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and CAVANAUGH and WATKINS, JJ.

The order of the lower court is affirmed.